# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26-05-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **CELESTION CHARLIE ORTEGA,** | |
| **Defendant.** | |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that the United States' Motion to Dismiss Forfeiture Allegation

(Doc. 16) is GRANTED. The forfeiture allegation contained in the indictment is

DISMISSED.

DATED this 14th day of April 2026.

_____
Brian Morris, Chief District Judge
United States District Court